COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-18-00850-CV |
| Style: | Reginald Taylor v. University of Texas Medical Branch at Hospital Galveston |
| Date motion filed*: | November 7, 2018 |
| Type of motion: | Motion for Stay of the Proceedings to Resolve Issues |
| Party filing motion: | Pro Se Appellant Reginald Taylor |
| Document to be filed: | N/A |

Is appeal accelerated?        No.

Ordered that motion is:
 ☐ Granted
       If document is to be filed, document due:  N/A.
 ☐ Denied
 ☑ Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)
 ☑ Other: _____

This Court's November 1, 2018 Order already directed the Clerk of this Court to mark appellant indigent for purposes of the appellate costs, directed the district clerk to mail the records to appellant, and ordered appellant's brief filed within 45 days of that Order.  Accordingly, appellant's motion to stay is **dismissed as moot**.

Judge's signature: __/s/ Evelyn V. Keyes_____
                              x  Acting individually        ☐  Acting for the Court

Date:  __November 15, 2018___